James Connett, Appellee, v. Winfield S. Winget, Appellant.

Gen. No. 9,466.

534

opinion filed April 25, 1941; rehearing denied June 24, 1941. Clarence W. Heyl and Walter W. Winget, for appellant; Cassidy, Knoblock & Sloan, for appellee; John F. Sloan, Jr., of counsel. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."